

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD JAMES MITCHELL, JR. | CIVIL ACTION |
| VERSUS | NO. 07-5470 |
| SHERIFF MARLIN GUSMAN | SECTION "F" (1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 13th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

___Fee
___Process
_X_Dktd
_✓_CtRmDep
___Doc. No.